IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CJBRUNO ENTERPRISES, INC., a New Jersey Corporation; and G SIX CONSULTING, LLC, an Illinois Limited Liability Company;<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCHISE CAPITAL SOLUTIONS, LLC, a Nebraska Limited Liability Company; and APRIL DRAVIE, an individual;<br><br>Defendants. | **8:25CV728**<br><br>**ORDER OF DISMISSAL OF PARTY** |

This matter comes before the Court on Plaintiff G Six Consulting, LLC's Notice of Voluntary Dismissal of Defendant April Dravie (Filing No. 32). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant April Dravie be dismissed without prejudice with each party to bear their own attorneys' fees and costs. Furthermore, Defendant Dravie's Motion for More Definite Statement is denied as moot (Filing No. 31). Defendant Franchise Capital Solutions, LLC remains a party in this matter.

Dated this 2nd day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge