IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CJBRUNO ENTERPRISES, INC., a New Jersey Corporation; and G SIX CONSULTING, LLC, an Illinois Limited Liability Company; | 8:25CV728 |
| Plaintiffs, | ORDER |
| vs. | |
| FRANCHISE CAPITAL SOLUTIONS, LLC, a Nebraska Limited Liability Company; | |
| Defendant. | |

This matter comes before the Court on CJBruno Enterprises' motion to reconsider, Filing No. 35.

Plaintiffs filed a notice of voluntary dismissal of Defendant, April Dravie. Filing No. 32. The Court accordingly dismissed April Dravie without prejudice with each party to bear its own fees and costs and denied her pending motion for more definite statement as moot. Filing No. 34. Dravie has now objected in part to the dismissal, indicating she does not wish to waive her right to seek fees and costs. Filing No. 33. Plaintiffs move to reconsider the dismissal. Filing No. 35. They state that, despite filing to dismiss under Federal Rule of Civil Procedure 41 for dismissal of *actions*, they only intended to dismiss certain *claims* against Defendant April Dravie, namely only those by Plaintiff G Six Consulting against Dravie, not CJBruno's claims against Dravie.

The Court will grant the motion to reconsider and will reinstate Dravie as an active defendant. However, the Court questions why CJBruno and G Six Consulting have filed as co-plaintiffs in this case when they appear to have different claims against each Defendant as the current confusion has revealed. Accordingly, the Court will set a hearing

1

by separate text order to discuss whether the case should be severed.  *See* Fed. R. Civ. P. 21 ("Misjoinder of parties is not a ground for dismissing an action. On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party.").

Considering Dravie's representation that no agreement to waive fees and costs was reached, the Court grants her objection.  Dravie may raise, by separate motion, a request for fees and costs if she deems it appropriate to do so.  This Order is in no way an opinion on whether she is entitled to recover such fees and costs.  Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for reconsideration, Filing No. 35, is granted.  Only CJBruno's claims against Defendant April Dravie are dismissed; G Six Consulting's claims against April Dravie remain.

2) The Clerk is ordered to modify the docket to reflect that April Dravie remains an active defendant and that her motion for more definite statement, Filing No. 31, remains pending.

3) Defendant Dravie's objection, Filing No. 33, is granted to the extent that Dravie is not prohibited from filing a motion for fees and costs in accordance with the Court's local rules.

4) The Court will enter a separate order setting this matter for a hearing on whether the Plaintiffs' claims should be severed.

Dated this 4th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

2